### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| *Plaintiff-Respondent* } | |
| } | |
| v. } | CRIMINAL ACTION NO. H-96-1 |
| } | CIVIL ACTION NO. H-03-468 |
| DAVID A. SHAND, } | |
| *Defendant-Petitioner* } | |

### ORDER DISMISSING ACTION

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner David A. Shand's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 and his Amended Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 are **DENIED** and this action is **DISMISSED WITH PREJUDICE.**

**SIGNED** at Houston, Texas, this 15th day of March, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE